UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01583-JPH-MJD ) |
| QUALITY IS OUR RECIPE LLC, | ) ) |
| Defendant. | ) |

**ORDER**

Plaintiff filed this action in the Southern District of Indiana on September 12, 2024. Dkt. 1. Venue for a civil action is proper under 28 U.S.C. § 1391(b) in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." Here, however, the complaint is based on an alleged incident at Quality Is Our Recipe LLC in Syracuse, Onondaga County, New York, dkt. 1 at 4, which is in the Northern District of New York, 28 U.S.C. § 112.

Plaintiff therefore **SHALL SHOW CAUSE by October 18, 2024**, why this case should not be transferred to the Northern District of New York. *See* 28 U.S.C. § 1404(a).

**SO ORDERED.**

Date: 9/18/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

ROBERT W. JOHNSON
214 Smith Rd.
Apt. 4
Syracuse, NY 13208