UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01583-JPH-MJD |
| | ) | |
| QUALITY IS OUR RECIPE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TRANSFERRING ACTION TO THE
NORTHERN DISTRICT OF NEW YORK, SYRACUSE DIVISION**

Plaintiff Robert Johnson filed this action in the Southern District of Indiana on September 12, 2024.  Dkt. 1.  The complaint is based on an alleged incident at Quality Is Our Recipe LLC in Syracuse, Onondaga County, New York, dkt. 1 at 4, which is in the Northern District of New York, 28 U.S.C. § 112.  On September 18, this Court ordered Mr. Johnson to show cause why this case should not be transferred to the Northern District of New York.  Dkt. 6.  Mr. Johnson did not respond to the Court's show cause order.

Based on the foregoing, this action is **transferred** to the United States District Court for the Northern District of New York, Syracuse Division.

**SO ORDERED.**

Date: 11/7/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

ROBERT W. JOHNSON
214 Smith Rd.
Apt. 4
Syracuse, NY 13208